IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Shead, Shatondria S

Printed: 9/9/08

Case Number: 08 B 11425
Judge: Goldgar, A. Benjamin
Filed: 5/6/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 29, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | City Of Chicago | Secured | 0.00 | 0.00 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Santander Consumer USA | Secured | 18,811.00 | 0.00 |
| 4. | Saxon Mortgage Services Inc | Secured | 29,466.60 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 333.48 | 0.00 |
| 6. | Jefferson Capital Systems LLC | Unsecured | 77.16 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 43.00 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 42.00 | 0.00 |
| 9. | Santander Consumer USA | Unsecured | 67.55 | 0.00 |
| 10. | B-Real LLC | Unsecured | 64.45 | 0.00 |
| 11. | Commonwealth Edison | Unsecured | 287.27 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 98.41 | 0.00 |
| 13. | Premier Bankcard | Unsecured | 54.16 | 0.00 |
| 14. | MacNeal Health Network | Unsecured |  | No Claim Filed |
| 15. | Tremont Financial | Unsecured |  | No Claim Filed |
| 16. | Secretary Of State | Unsecured |  | No Claim Filed |
| 17. | Arrowhead Investments | Unsecured |  | No Claim Filed |
| 18. | Paycheck Today | Unsecured |  | No Claim Filed |
| 19. | Direct Tv | Unsecured |  | No Claim Filed |
| 20. | Tri Century Bank | Unsecured |  | No Claim Filed |
| 21. | Archie & Acharya | Unsecured |  | No Claim Filed |
| 22. | SBC | Unsecured |  | No Claim Filed |
| 23. | Geneva Roth Capital | Unsecured |  | No Claim Filed |
| 24. | MCI | Unsecured |  | No Claim Filed |
| 25. | Illinois Dept Of Employment Sec | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Shead, Shatondria S

Printed: 9/9/08

Case Number: 08 B 11425
Judge: Goldgar, A. Benjamin
Filed: 5/6/08

| | | | | |
|---|---|---|---|---|
| 26. | CMD Account Mang | Unsecured | | No Claim Filed |
| 27. | US Bank | Unsecured | | No Claim Filed |
| 28. | Comcast Cablevision | Unsecured | | No Claim Filed |
| 29. | Chicago Sun Times | Unsecured | | No Claim Filed |
| 30. | Executive Financial | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 49,345.08 | $ 0.00 |

## TRUSTEE FEE DETAIL

Fee Rate         Total Fees
_____
$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____